UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                              §
                                                    §
KIJEK, MARK A.                                      §    Case No. 12-50201
POREBSKA-KIJEK, BARBARA G.                          §
                                                    §
                                                    §
             Debtor(s)                              §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of                          $

         Funds were disbursed in the following amounts:

         Payments made under an interim
         disbursement
         Administrative expenses
         Bank service fees
         Other payments to creditors
         Non-estate funds paid to 3rd Parties
         Exemptions paid to the debtor
         Other payments to the debtor

         Leaving a balance on hand of[1]                  $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^2$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/MICHAEL G. BERLAND_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-50201 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KIJEK, MARK A. | Date Filed (f) or Converted (c): | 12/24/12 (f) |
|  | POREBSKA-KIJEK, BARBARA G. | 341(a) Meeting Date: | 01/28/13 |
| For Period Ending: | 01/23/15 | Claims Bar Date: | 05/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 227 Westridge, Joliet | 450,000.00 | 0.00 | | 40,000.00 | FA |
| The Trustee compromsied his interest in this property free and clear of any exemptions of the debtor. | | | | | |
| 2. 54 Fairway Lane, Copper Mountain, Coloradp | 531,000.00 | 0.00 | | 0.00 | FA |
| The mortgagee filed a Motion To Lift Stay, whcih was granted. | | | | | |
| 3. App.Krakow 29 b | 172,128.00 | 0.00 | | 0.00 | FA |
| 4. Case de Marco, Avenida Veracruz#165 | 142,834.00 | 200,000.00 | | 200,000.00 | FA |
| The trustee has recieved the sum of $200,000 but tzexs may due from the compromise of the inrerest in the property | | | | | |
| 5. Lot Bedkowice Poland Lots 73-76 | 48,715.00 | 0.00 | | 0.00 | FA |
| 6. Property Podgorzyn, Poland | 324,770.21 | 0.00 | | 0.00 | FA |
| 7. Buisness account chase | 630.16 | 0.00 | | 0.00 | FA |
| 8. Business account Chase | 100.00 | 0.00 | | 0.00 | FA |
| 9. business account Chase | 549.74 | 0.00 | | 0.00 | FA |
| 10. Busienss account Chase | 25.06 | 0.00 | | 0.00 | FA |
| 11. Business account Grundy Bank | 1,762.00 | 0.00 | | 0.00 | FA |
| 12. Checking First Community Joliet | 40.71 | 0.00 | | 0.00 | FA |
| 13. Checking First Midwest | 2,228.35 | 0.00 | | 0.00 | FA |
| 14. area rugs | 500.00 | 0.00 | | 0.00 | FA |
| 15. Bedroom set | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. China plus utensils | 300.00 | 0.00 | | 0.00 | FA |
| 17. coffe maker | 20.00 | 0.00 | | 0.00 | FA |
| 18. Desk | 100.00 | 0.00 | | 0.00 | FA |
| 19. dining room furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 20. Living Room couch | 200.00 | 0.00 | | 0.00 | FA |
| 21. Outdoor furniture | 100.00 | 0.00 | | 0.00 | FA |

Case 12-50201   Doc 142   Filed 01/23/15   Entered 01/23/15 15:10:46   Desc Main
Document      Page 4 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 12-50201 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | KIJEK, MARK A. | | | Date Filed (f) or Converted (c): | 12/24/12 (f) |
| | POREBSKA-KIJEK, BARBARA G. | | | 341(a) Meeting Date: | 01/28/13 |
| | | | | Claims Bar Date: | 05/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Pool table | 150.00 | 0.00 | | 0.00 | FA |
| 23. 3 couches family room | 300.00 | 0.00 | | 0.00 | FA |
| 24. 2 bedroom sets | 200.00 | 0.00 | | 0.00 | FA |
| 25. 2 home television sets | 600.00 | 0.00 | | 0.00 | FA |
| 26. Picture reproduction | 600.00 | 0.00 | | 0.00 | FA |
| 27. Clothing at Copper Mountain property | 500.00 | 0.00 | | 0.00 | FA |
| 28. Debtor cliothing | 800.00 | 0.00 | | 0.00 | FA |
| 29. Joint debtor clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 30. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 31. 1986 Mercedes | 6,000.00 | 0.00 | | 0.00 | FA |
| 32. Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 33. home computer | 200.00 | 0.00 | | 0.00 | FA |
| 34. Advantage miles Citicard | 0.00 | 0.00 | | 0.00 | FA |
| 35. Advantage Miles Citplatinum Select | 0.00 | 0.00 | | 0.00 | FA |
| 36. Birth certifciates and documents safe deposit box | 0.00 | 0.00 | | 0.00 | FA |
| 37. Land trust | 0.00 | 0.00 | | 0.00 | FA |
| 38. Morris Community Sleep 5% partnership | 5,972.00 | 3,320.00 | | 3,320.00 | FA |
| The trustee received $3320 after the debtor deducted his exemption. | | | | | |
| 39. Property damage complaint | 0.00 | 0.00 | | 0.00 | FA |
| Cause of action over 10 years ago which had no value | | | | | |
| 40. Personal property S corp Barbara Kijek | 0.00 | 0.00 | | 0.00 | FA |
| Liabilities exceed any value of inventory | | | | | |
| 41. Personal property S Corporation Mark Kijek | 0.00 | 0.00 | | 0.00 | FA |
| Liens exceed value of any inventory | | | | | |
| 42. Tax refund (u) | 0.00 | 867.97 | | 867.97 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 12-50201   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KIJEK, MARK A. | Date Filed (f) or Converted (c): | 12/24/12 (f) |
| | POREBSKA-KIJEK, BARBARA G. | 341(a) Meeting Date: | 01/28/13 |
| | | Claims Bar Date: | 05/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,696,625.23 | $204,187.97 | | $244,187.97 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee attempted to sell ceritain property in Colorado over 18 months burt could not do so. The mortgagee filed a Motin To Lift Stay whcih was granted. The Trustee filed a Motion to Compromise His Interest In Certain Property In Mexico, which was granted.. The Trustee filed a Motion To Compromsie His interest In the debtors home, which was granted. The Trustee filed a Motion To Employ Accountant,which was granted.

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-50201 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | KIJEK, MARK A. | Bank Name: | Bank of Kansas City |
| | POREBSKA-KIJEK, BARBARA G. | Account Number / CD #: | *******0059  Checking Account |
| Taxpayer ID No: | *******7176 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 199,712.77 | | 199,712.77 |
| 11/21/14 | 1 | Bank Of Kansas City | Receipt of settlement debtors home | 1110-000 | 40,000.00 | | 239,712.77 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 239,712.77 | 0.00 | 239,712.77 |
| Less:  Bank Transfers/CD's | 199,712.77 | 0.00 | |
| Subtotal | 40,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 40,000.00 | 0.00 | |

Page Subtotals     239,712.77     0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-50201 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KIJEK, MARK A. | Bank Name: | Congressional Bank |
|  | POREBSKA-KIJEK, BARBARA G. | Account Number / CD #: | *******0052 Checking Account |
| Taxpayer ID No: | *******7176 |  |  |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/16/13 | 4 | Grundy Bank | Payment for Mexico property interes | 1110-000 | 200,000.00 |  | 200,000.00 |
| 10/03/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 |  | 95.89 | 199,904.11 |
| 10/28/13 | 001001 | Countywide Plumbing & Heating | Payment for winterizing property per court order | 2990-000 |  | 370.00 | 199,534.11 |
| 11/05/13 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 212.23 | 199,321.88 |
| 12/05/13 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 204.90 | 199,116.98 |
| 01/08/14 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 211.42 | 198,905.56 |
| 02/06/14 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 211.22 | 198,694.34 |
| 03/05/14 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 190.56 | 198,503.78 |
| * 03/12/14 | 38 | Malmquist & Geiger | Deposit which was reversed | 1129-003 | 32,320.00 |  | 230,823.78 |
| * 03/12/14 | 38 | Malmquist & Geiger | Deposit reversed Deposit amount entered in error | 1129-003 | -32,320.00 |  | 198,503.78 |
| 03/12/14 | 38 | Malmquist & Geiger | Receipt of monies for 2013 payment | 1129-000 | 3,320.00 |  | 201,823.78 |
| 04/07/14 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 212.93 | 201,610.85 |
| 05/12/14 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 207.18 | 201,403.67 |
| 06/04/14 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 213.87 | 201,189.80 |
| 07/03/14 |  | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 |  | 206.72 | 200,983.08 |
| 07/16/14 | 001002 | Illinois Department Of Revenue | Payment of state income tax | 2820-000 |  | 857.00 | 200,126.08 |
| 07/17/14 | 001003 | Illinois Department Of Revenue | Payment of state income tax | 2820-000 |  | 857.00 | 199,269.08 |
| 08/05/14 |  | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 |  | 212.92 | 199,056.16 |
| 09/04/14 |  | Congressional bank | BANK SERVICE FEE | 2600-000 |  | 211.36 | 198,844.80 |
| 09/26/14 | 42 | Judy Barr Topinka Treeasurer State Of Illinois | Tax refund | 1229-000 | 867.97 |  | 199,712.77 |
| * 10/03/14 |  | Congressional Bank | BANK SERVICE FEE | 2600-003 |  | 204.37 | 199,508.40 |
| * 10/17/14 |  | Reverses Adjustment OUT on 10/03/14 | BANK SERVICE FEE | 2600-003 |  | -204.37 | 199,712.77 |
| 10/20/14 |  | Trsf To Bank of Kansas City | INITIAL WIRE TRANSFER IN | 9999-000 |  | 199,712.77 | 0.00 |

Page Subtotals    204,187.97    204,187.97

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                             Ver: 18.03a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-50201 -BL |
| Case Name: | KIJEK, MARK A. |
| | POREBSKA-KIJEK, BARBARA G. |
| Taxpayer ID No: | *******7176 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0052  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 204,187.97 | 204,187.97 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 199,712.77 | |
| | | | Subtotal | | 204,187.97 | 4,475.20 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 204,187.97 | 4,475.20 | |

Page Subtotals         0.00         0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 12-50201 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KIJEK, MARK A. | Bank Name: | Congressional Bank |
|  | POREBSKA-KIJEK, BARBARA G. | Account Number / CD #: | *******0291  Checking Account |
| Taxpayer ID No: | *******7176 |  |  |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0059 | 40,000.00 | 0.00 | 239,712.77 |
| Checking Account - ********0052 | 204,187.97 | 4,475.20 | 0.00 |
| Checking Account - ********0291 | 0.00 | 0.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 244,187.97 | 4,475.20 | 239,712.77 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 23, 2015 |

Case Number:  12-50201  
Debtor Name:  KIJEK, MARK A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 24 001 3310-00 | Lois West | Administrative | | $1,298.50 | $0.00 | $1,298.50 |
| 25 999 2990-00 | Countrywide Plumbing | Administrative | | $370.00 | $370.00 | $0.00 |
| 26 999 2820-00 | Illinois Department Of Revenue | Administrative | | $857.00 | $857.00 | $0.00 |
| 000004A 040 5300-00 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | Priority | | $59,888.95 | $0.00 | $59,888.95 |
| 000022A 040 5300-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Priority | | $0.00 | $0.00 | $0.00 |
| 000023A 040 5300-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 64338 CHICAGO, IL 60664-0338 | Priority | | $12,422.30 | $0.00 | $12,422.30 |
| 000001 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $4,226.00 | $0.00 | $4,226.00 |
| 000002 070 7100-90 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured | | $627.53 | $0.00 | $627.53 |
| 000003 070 7100-90 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured | | $16,409.24 | $0.00 | $16,409.24 |
| 000005 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $8,375.00 | $0.00 | $8,375.00 |
| 000006 070 7100-00 | FIRST MIDWEST BANK ONE PIERCE PLACE, SUITE 1500 ITASCA, IL 60143 | Unsecured | | $55,973.75 | $0.00 | $55,973.75 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 23, 2015 |
|---|---|---|---|---|---|---|

Case Number: 12-50201  
Debtor Name: KIJEK, MARK A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | THE WOODS AT COPPPER CREEK TOWNHOME ASSOC INC.<br>Wilton Anderson<br>PO Box 208<br>Frisco, CO 80443 | Unsecured | | $3,002.40 | $0.00 | $3,002.40 |
| 000009<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $697.71 | $0.00 | $697.71 |
| 000010<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $17,201.82 | $0.00 | $17,201.82 |
| 000011<br>070<br>7100-00 | JASON KIJEK<br>227 WESTRIDGE RD.<br>JOLIET, IL 60431 | Unsecured | | $109,054.81 | $0.00 | $109,054.81 |
| 000012<br>070<br>7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $12,846.35 | $0.00 | $12,846.35 |
| 000013<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $40,049.51 | $0.00 | $40,049.51 |
| 000014<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,030.38 | $0.00 | $2,030.38 |
| 000015<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $6,807.74 | $0.00 | $6,807.74 |
| 000016<br>070<br>7100-90 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $4,286.72 | $0.00 | $4,286.72 |
| 000017<br>070<br>7100-90 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $4,693.85 | $0.00 | $4,693.85 |
| 000018<br>070<br>7100-90 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $1,776.38 | $0.00 | $1,776.38 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 23, 2015 |

Case Number: 12-50201  
Debtor Name: KIJEK, MARK A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000019 070 7100-00 | Bankers Healthcare Group, Inc. Maureen A Maffei Coman & Anderson, PC 650 Warrenville Rd, Ste 500 Lisle, IL 60532 | Unsecured | | $100,248.79 | $0.00 | $100,248.79 |
| 000020 070 7100-00 | Bankers Healthcare Group, Inc. Maureen A Maffei Coman & Anderson, PC 650 Warrenville Rd, Ste 500 Lisle, IL 60532 | Unsecured | | $76,315.65 | $0.00 | $76,315.65 |
| 000021 070 7100-00 | BMO Harris Bank N.A. f/k/a Harris N.A. 111 W. Monroe St. Chicago, IL 60603 | Unsecured | | $343,749.98 | $0.00 | $343,749.98 |
| 27 090 7400-00 | Department Of Treasury | Unsecured | | $1,453.56 | $0.00 | $1,453.56 |
| 000007 050 4110-00 | BMW Bank of North America Inc P.O. Box 201347 Arlington, TX 76006 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $884,663.92 | $1,227.00 | $883,436.92 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-50201
Case Name: KIJEK, MARK A.
           POREBSKA-KIJEK, BARBARA G.
Trustee Name: MICHAEL G. BERLAND

Balance on hand    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | BMW Bank of North America Inc | $ | $ | $ | $ |

Total to be paid to secured creditors    $_____

Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |
| Accountant for Trustee Fees: Lois West | $ | $ | $ |
| Other: Illinois Department Of Revenue | $ | $ | $ |
| Other: Countrywide Plumbing | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Department of the Treasury | $ | $ | $ |
| 000022A | Illinois Department of Revenue | $ | $ | $ |
| 000023A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | FIRST MIDWEST BANK | $ | $ | $ |
| 000008 | THE WOODS AT COPPPER CREEK | $ | $ | $ |
| 000009 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000010 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000011 | JASON KIJEK | $ | $ | $ |
| 000012 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000013 | American Express Bank, FSB | $ | $ | $ |
| 000014 | Capital Recovery V, LLC | $ | $ | $ |
| 000015 | Capital Recovery V, LLC | $ | $ | $ |
| 000016 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000017 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000018 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000019 | Bankers Healthcare Group, Inc. | $ | $ | $ |
| 000020 | Bankers Healthcare Group, Inc. | $ | $ | $ |
| 000021 | BMO Harris Bank N.A. f/k/a Harris N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

    Remaining Balance                                                   $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | Department Of Treasury | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors      $_____

    Remaining Balance                                                    $_____