# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KIJEK, MARK A. | § | Case No. 12-50201 BL |
| POREBSKA-KIJEK, BARBARA G. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     CLERK OF THE COURT
     219 S. Dearborn
     Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 03/06/2015 in Courtroom ,
     United States Courthouse
     Joliet City Hall
     150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/26/2015       By: /s/ Michael G. Berland
                              Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
KIJEK, MARK A. § Case No. 12-50201 BL
POREBSKA-KIJEK, BARBARA G. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 244,187.97 |
| and approved disbursements of | $ | 4,475.20 |
| leaving a balance on hand of[1] | $ | 239,712.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | BMW Bank of North America Inc | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 239,712.77 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 15,416.00 | $ 0.00 | $ 15,416.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 320.00 | $ 0.00 | $ 320.00 |
| Accountant for Trustee Fees: Lois West | $ 1,298.50 | $ 0.00 | $ 1,298.50 |
| Other: Illinois Department Of Revenue | $ 857.00 | $ 857.00 | $ 0.00 |
| Other: Countrywide Plumbing | $ 370.00 | $ 370.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

|  | Total to be paid for chapter 7 administrative expenses | $ | 17,034.50 |
|---|---|---|---|
|  | Remaining Balance | $ | 222,678.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 72,311.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Department of the Treasury | $ 59,888.95 | $ 0.00 | $ 59,888.95 |
| 000022A | Illinois Department of Revenue | $ 0.00 | $ 0.00 | $ 0.00 |
| 000023A | ILLINOIS DEPARTMENT OF REVENUE | $ 12,422.30 | $ 0.00 | $ 12,422.30 |

|  | Total to be paid to priority creditors | $ | 72,311.25 |
|---|---|---|---|
|  | Remaining Balance | $ | 150,367.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 808,373.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,226.00 | $ 0.00 | $ 786.09 |
| 000002 | FIA CARD SERVICES, N.A. | $ 627.53 | $ 0.00 | $ 116.73 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | FIA CARD SERVICES, N.A. | $ 16,409.24 | $ 0.00 | $ 3,052.31 |
| 000005 | Capital One Bank (USA), N.A. | $ 8,375.00 | $ 0.00 | $ 1,557.85 |
| 000006 | FIRST MIDWEST BANK | $ 55,973.75 | $ 0.00 | $ 10,411.78 |
| 000008 | THE WOODS AT COPPPER CREEK | $ 3,002.40 | $ 0.00 | $ 558.48 |
| 000009 | FIA CARD SERVICES, N.A. | $ 697.71 | $ 0.00 | $ 129.78 |
| 000010 | FIA CARD SERVICES, N.A. | $ 17,201.82 | $ 0.00 | $ 3,199.74 |
| 000011 | JASON KIJEK | $ 109,054.81 | $ 0.00 | $ 20,285.48 |
| 000012 | eCAST Settlement Corporation, assignee | $ 12,846.35 | $ 0.00 | $ 2,389.57 |
| 000013 | American Express Bank, FSB | $ 40,049.51 | $ 0.00 | $ 7,449.68 |
| 000014 | Capital Recovery V, LLC | $ 2,030.38 | $ 0.00 | $ 377.67 |
| 000015 | Capital Recovery V, LLC | $ 6,807.74 | $ 0.00 | $ 1,266.32 |
| 000016 | eCAST Settlement Corporation, assignee | $ 4,286.72 | $ 0.00 | $ 797.38 |
| 000017 | eCAST Settlement Corporation, assignee | $ 4,693.85 | $ 0.00 | $ 873.11 |
| 000018 | eCAST Settlement Corporation, assignee | $ 1,776.38 | $ 0.00 | $ 330.43 |
| 000019 | Bankers Healthcare Group, Inc. | $ 100,248.79 | $ 0.00 | $ 18,647.46 |
| 000020 | Bankers Healthcare Group, Inc. | $ 76,315.65 | $ 0.00 | $ 14,195.61 |
| 000021 | BMO Harris Bank N.A. f/k/a Harris N.A. | $ 343,749.98 | $ 0.00 | $ 63,941.55 |

Total to be paid to timely general unsecured creditors    $    150,367.02

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,453.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | Department Of Treasury | $ 1,453.56 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $ 0.00

Remaining Balance                                         $ 0.00

Prepared By: /s/ Michael G. Berland
                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-50201-BWB
Mark A. Kijek                                                         Chapter 7
Barbara G. Porebska-Kijek
      Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: esullivan              Page 1 of 3              Date Rcvd: Jan 27, 2015
                               Form ID: pdf006              Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2015.
```
db/jdb        +Mark A. Kijek,    Barbara G. Porebska-Kijek,    227 Westridge Rd.,    Joliet, IL 60431-4890
19850109      +AMERICAN EXPRESS,    PO BOX 360001,    FORT LAUDERDALE, FL 33336-0001
19850108      +AMERICAN EXPRESS,    PO BOX 981540,    EL PASO, TX 79998-1540
19850107       AMERICAN EXPRESS,    AMERICAN EXPRESS BANK, FSB,    PO BOX 30384,    SALT LAKE CITY, UT 84130-0384
20438225       American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19850113      +BANK OF AMERICA,    PO BOX 851001,    DALLAS, TX 75285-1001
19850111     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA,    PO BOX 982235,    EL PASO, TX 79998-2235)
19850110      +BANK OF AMERICA,    PO BOX 15028,    WILMINGTON, DE 19850
19850114       BANKAMERICARD,    BANK OF AMERICA,    PO BOX 851001,    DALLAS, TX 75285-1001
19850115      +BANKER'S HEALTHCARE GROUP, INC.,    1840 MAIN ST., SUITE 102,    WESTON, FL 33326-3685
19850116      +BARBARA G. KIJEK, MD SC,    1802 N. DIVISION ST., SUITE 303,    MORRIS, IL 60450-1184
19850117      +BARBARA KIJEK MD SC,    1802 N. DIVISION ST., SUITE 303,    MORRIS, IL 60450-1184
19850119      +BIOREFERENCE LABORATORIES,    481 EDWARD H. ROSS DR.,    ELMWOOD PARK, NJ 07407-3128
20476033      +BMO Harris Bank N.A. f/k/a Harris N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4096
20184192    +++BMW Bank of North America Inc,   P.O. Box 201347,    Arlington, TX 76006-1347
19850120      +BP,    CHASE,   PO BOX 15145,    WILMINGTON, DE 19850-5145
20150372      +Banker's Healthcare Group, Inc.,    C/o Coman & Anderson, P.C.,    650 Warrenville Rd., Suite 500,
                Lisle, IL 60532-4318
20322098      +Bankers Healthcare Group, Inc.,    Maureen A Maffei,    Coman & Anderson, PC,
                650 Warrenville Rd, Ste 500,    Lisle, IL 60532-4318
19850121       CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
19850122       CARRIE E. ECHOLS,    ECHOLS & ASSOCIATES, PC,    817 ILLINOIS AVE.,    MENDOTA, IL 61342-1639
19850123       CARSON'S,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
19850126      +CHASE,   PO BOX 15145,    WILMINGTON, DE 19850-5145
19850124      +CHASE,   CARD SERVICES,    PO BOX 15298,    WILMINGTON, DE 19850-5298
19850127       CHASE,   CHASE HOME FINANCE LLC,    P.O. BOX 9001871,    LOUISVILLE, KY 40290-1871
19850125       CHASE,   CARDMEMBER SERVICES,    PO BOX 94014,    PALATINE, IL 60094-4014
19850128      +CHASE FREEDOM,    PO BOX 15145,    WILMINGTON, DE 19850-5145
19850129       CHASE HOME FINANCE,    PO BOX 183166,    COLUMBUS, OH 43218-3166
19850130       CHASE HOME FINANCE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
19850131      +CHASE HOME FINANCE LLC,    6716 GRADE LANE, BUILDING 9,    ATTN: PO BOX 9001871,
                LOUISVILLE, KY 40213-3410
19850132       CHASE HOME FINANCE, LLC,    ATTN: BANKRUPTCY,    3415 VISION DR.,    COLUMBUS, OH 43219-6009
19850133      +CHASE STUDENT LOANS,    PO BOX 7013,    INDIANAPOLIS, IN 46207-7013
19850134      +CHASE--BUSINESS CARD,    CHASE,    PO BOX 15145,    WILMINGTON, DE 19850-5145
19850135      +CITI GOLD/AADVANTAGE CARD,    BOX 6500,    SIOUX FALLS, SD 57117-6500
19850136      +CITI PLATINUM SELECT,    BOX 6500,    SIOUX FALLS, SD 57117-6500
19850137       COLORADO STATE BANK & TRUST MORTGAGE,    P.O. BOX 21368,    TULSA, OK 74121-1368
20118956    +++Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
19850138     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: DELL PREFERRED ACCOUNT,    DELL FINANCIAL SERVICES,
                C/O DFS CUSTOMER CARE DEPT.,    PO BOX 81577,    AUSTIN, TX 78708-1577)
19964698       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20125782      +First Midwest Bank,    c/o Klein, Daday, Aretos & O'Donoghue, L,    2550 W. Golf Rd., Suite 250,
                Rolling Meadows, IL 60008-4014
19850143      +GARY ROCKIS,    D/B/A MORRIS BUSINESS AND,    TECHNOLOGY CENTER,
                1802 N. DIVISION ST., SUITE 213,    MORRIS, IL 60450-3107
19850144       GETIN NOBLE BANK S.A.,    z siedziba w Warszawie ui.,    Domaniewska 39b,
                02-675 WARSZAWA, POLAND
19850145      +GRUNDY BANK,    201 LIBERTY ST.,    MORRIS, IL 60450-2282
19850146       HARRIS BANK, N.A.,    PO BOX 6201,    CAROL STREAM, IL 60197-6201
19850147       HARRIS, N.A.,    PO BOX 6201,    CAROL STREAM, IL 60197-6201
19850148       ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY SECTION,    PO BOX 64338,    CHICAGO, IL 60664-0338
19850149      +INK FROM CHASE,    CHASE,    PO BOX 15145,    WILMINGTON, DE 19850-5145
20510632       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
19850151      +JASON KIJEK,    227 WESTRIDGE RD.,    JOLIET, IL 60431-4890
19850153       JERZY SZYMANSKI,    12721 Misty Harbor Lane,    Palos Hts. IL. 60464
19850154      +LAURIE EVOLA,    C/O RADTKE & NUSBAUM,    39 SOUTH LASALLE ST., SUITE 408,
                CHICAGO, IL 60603-1628
19850155      +MACY'S,    6356 CORLEY RD.,    NORCROSS, GA 30071-1704
19850156      +MARK KIJEK, MD SC,    1802 N. DIVISION ST., SUITE 303,    MORRIS, IL 60450-1184
19850157      +MARK R. KIJEK,    227 WESTRIDGE RD.,    JOLIET, IL 60431-4890
19850158      +MARK SILVERMAN,    CHAPMAN AND CUTLER, LLP,    111 W. MONROE ST.,    CHICAGO, IL 60603-4080
19850159      +MILEAGE PLUS/UNITED,    CHASE,    PO BOX 15145,    WILMINGTON, DE 19850-5145
19850162       SAM'S CLUB DISCOVER,    PO BOX 960013,    ORLANDO, FL 32896-0013
19850164       SEARS,    SEARS CREDIT CARDS,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
19850165      +SHELL,    PO BOX 6406,    SIOUX FALLS, SD 57117-6406
19850166      +SLATE FROM CHASE,    CHASE,    PO BOX 15145,    WILMINGTON, DE 19850-5145
19850167       STAPLES CREDIT PLAN,    PO BOX 689020,    DES MOINES, IA 50368-9020
20362040       THE WOODS AT COPPPER CREEK,    TOWNHOME ASSOC.,    PO BOX 280252,    LAKEWOOD, CO 80228-0252
```

```
District/off: 0752-1          User: esullivan         Page 2 of 3          Date Rcvd: Jan 27, 2015
                              Form ID: pdf006         Total Noticed: 78


19850168       +THE WOODS AT COPPPER CREEK,   TOWNHOME ASSOC INC.,   Wilton Anderson,   PO Box 208,
                 Frisco, CO 80443-0208
19850169        WORLD POINTS,   BANK OF AMERICA,   PO BOX 851001,   DALLAS, TX 75285-1001
20429334        eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                 New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22543519       +E-mail/Text: bankruptcynotices@bmwfs.com Jan 28 2015 02:13:36     BMW Bank of North America,
                 5550 Britton Parkway,   Hilliard, OH 43026-7456
19868501       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 28 2015 02:40:17
                 BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   Attn: Marian Garza,
                 P.O. Box 201347,   Arlington, TX 76006-1347
20150371       +E-mail/Text: kristian@bhg-inc.com Jan 28 2015 02:11:48     Banker's Healthcare Group, Inc.,
                 325 James St.,   Syracuse, NY 13203-1965
20447440        E-mail/PDF: rmscedi@recoverycorp.com Jan 28 2015 02:07:59     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19850140        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2015 02:18:26     DISCOVER,   PO BOX 30943,
                 SALT LAKE CITY, UT 84130
19850141        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2015 02:18:26     DISCOVER MORE CARD,
                 PO BOX 6103,   CAROL STREAM, IL 60197-6103
19850150       +E-mail/Text: cio.bncmail@irs.gov Jan 28 2015 02:11:44     Department of the Treasury,
                 Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
19860014        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2015 02:18:26     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
20362042       +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jan 28 2015 02:12:57     FIRST MIDWEST BANK,
                 C/O DAVID NUTT,   ONE PIERCE PLACE, SUITE 1500,   ITASCA, IL 60143-1254
19850142       +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jan 28 2015 02:12:57     FIRST MIDWEST BANK,
                 ONE PIERCE PLACE, SUITE 1500,   ITASCA, IL 60143-1254
19850152        E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:07:56     JC PENNEY,   CUSTOMER SERVICE,
                 ATTN: BANKRUPTCY,   PO BOX 965009,   ORLANDO, FL 32896-5009
19850161        E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:07:56     SAM'S CLUB CREDIT,
                 PAYMENT PROCESSING,   PO BOX 530942,   ATLANTA, GA 30353-0942
19850160        E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:07:28     SAM'S CLUB CREDIT,
                 PO BOX 965004,   ORLANDO, FL 32896-5004
19850163        E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:07:57     SAM'S CLUB DISCOVER,
                 PO BOX 965004,   ORLANDO, FL 32896-5004
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19850112*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,   PO BOX 982235,   EL PASO, TX 7998-2235)
19850118*     +BARBARA KIJEK, MD SC,   1802 N. DIVISION ST., SUITE 303,   MORRIS, IL 60450-1184
19850139*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: DELL PREFERRED ACCOUNT,   PO BOX 81585,   AUSTIN, TX 78708-1585)
20362041*      INTERNAL REVENUE SERVICE,   PO BOX 7346,   PHILADELPHIA, PA 19101-7346
20459542*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
20459543*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
20459544*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: esullivan              Page 3 of 3                  Date Rcvd: Jan 27, 2015
                               Form ID: pdf006              Total Noticed: 78
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2015 at the address(es) listed below:

```
          David A. Newby    on behalf of Creditor    Bankers Healthcare Group, Inc. dnewby@comananderson.com,
           lholub@comananderson.com
          James M Durkee    on behalf of Joint Debtor Barbara G. Porebska-Kijek jimdurkee@mglawoffices.com
          James M Durkee    on behalf of Debtor Mark A. Kijek jimdurkee@mglawoffices.com
          Jonathan N Rogers    on behalf of Creditor    First Midwest Bank jrogers@skdaglaw.com
          Maria  Georgopoulos    on behalf of Creditor    BOKF, N.A., a national banking association d/b/a
           Colorado State Bank & Trust, as successor in interest by merger to Bank of Oklahoma, N.A.
           nd-three@il.cslegal.com
          Maria  Georgopoulos    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS
           SERVICER FOR CAPITAL ONE BANK, N.A. nd-three@il.cslegal.com
          Mark Adam Silverman    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
           msilver@chapman.com
          Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
           IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael G Berland     einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    BOKF, N.A., a national banking association d/b/a
           Colorado State Bank & Trust, as successor in interest by merger to Bank of Oklahoma, N.A.
           ND-Two@il.cslegal.com
                                                                                              TOTAL: 11
```