# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                     §
                                           §
KIJEK, MARK A.                             §        Case No. 12-50201
POREBSKA-KIJEK, BARBARA G.                 §
                                           §
           Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,083,243.37<br>*(Without deducting any secured claims)* | Assets Exempt: 16,250.86 |
| Total Distributions to Claimants:  222,678.27 | Claims Discharged<br>Without Payment:  884,233.12 |
| Total Expenses of Administration:  21,509.70 | |

3) Total gross receipts of $ 244,187.97  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 244,187.97  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,450,404.10 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,736.70 | 22,736.70 | 21,509.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 106,083.00 | 95,914.55 | 72,311.25 | 72,311.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 202,099.01 | 809,827.17 | 813,156.69 | 150,367.02 |
| **TOTAL DISBURSEMENTS** | $ 2,758,586.11 | $ 928,478.42 | $ 908,204.64 | $ 244,187.97 |

4)  This case was originally filed under chapter 7 on  12/24/2012 .  The case was pending for 32 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/28/2015                    By:/s/MICHAEL G. BERLAND
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 227 Westridge, Joliet | 1110-000 | 40,000.00 |
| Case de Marco, Avenida Veracruz#165 | 1110-000 | 200,000.00 |
| Morris Community Sleep 5% partnership | 1129-000 | 3,320.00 |
| Tax refund | 1229-000 | 867.97 |
| **TOTAL GROSS RECEIPTS** | | **$244,187.97** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANKER'S HEALTHCARE GROUP, INC. 1840 MAIN ST., SUITE 102 WESTON, FL 33326 | | 91,360.50 | NA | NA | 0.00 |
| | CHASE CHASE HOME FINANCE LLC P.O. BOX 9001871 LOUISVILLE, KY 40290-1871 CHASE HOME FINANCE LLC 6716 GRADE LANE, BUILDING 9 ATTN: PO BOX 9001871 LOUISVILLE, KY 40213-1407 CHASE HOME FINANCE PO BOX 183166 COLUMBUS, OH 43218-3166 CHASE HOME FINANCE, LLC | | 316,604.06 | NA | NA | 0.00 |
| | COLORADO STATE BANK & TRUST MORTGAGE P.O. BOX 21368 TULSA, OK 74121-1368 | | 404,796.18 | NA | NA | 0.00 |
| | FIRST MIDWEST BANK C/O DAVID NUTT ONE PIERCE PLACE, SUITE 1500 ITASCA, IL 60143-4169 | | 80,973.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GARY ROCKIS D/B/A MORRIS BUSINESS AND TECHNOLOGY CENTER 1802 N. DIVISION ST., SUITE 213 MORRIS, IL 60450 | | 22,000.00 | NA | NA | 0.00 |
| | GETIN NOBLE BANK S.A. z siedziba w Warszawie ui. Domaniewska 39b 02-675 WARSZAWA, POLAND | | 352,375.68 | NA | NA | 0.00 |
| | GETIN NOBLE BANK S.A. z siedziba w Warszawie ui. Domaniewska 39b 02-675 WARSZAWA, POLAND | | 177,205.60 | NA | NA | 0.00 |
| | GETIN NOBLE BANK S.A. z siedziba w Warszawie ui. Domaniewska 39b 02-675 WARSZAWA, POLAND | | 253,164.77 | NA | NA | 0.00 |
| | GRUNDY BANK 201 LIBERTY ST. MORRIS, IL 60450 | | 19,292.81 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HARRIS BANK, N.A. PO BOX 6201 CAROL STREAM, IL 60197-6201 MARK SILVERMAN CHAPMAN AND CUTLER, LLP 111 W. MONROE ST. CHICAGO, IL 60603 | | 466,952.11 | NA | NA | 0.00 |
| | HARRIS, N.A. PO BOX 6201 CAROL STREAM, IL 60197-6201 | | 112,791.64 | NA | NA | 0.00 |
| | JASON KIJEK 227 WESTRIDGE RD. JOLIET, IL 60431 | | 100,000.00 | NA | NA | 0.00 |
| | JERZY SZYMANSKI 12721 Misty Harbor Lane Palos Hts. IL. 60464 | | 50,000.00 | NA | NA | 0.00 |
| | THE WOODS AT COPPPER CREEK TOWNHOME ASSOC. PO BOX 280252 LAKEWOOD, CO 80228-0252 | | 2,887.00 | NA | NA | 0.00 |
| 000007 | BMW BANK OF NORTH AMERICA INC | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,450,404.10 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | NA | 15,416.00 | 15,416.00 | 15,416.00 |
| MICHAEL G. BERLAND | 2200-000 | NA | 320.00 | 320.00 | 320.00 |
| CONGRESSIONAL BANK | 2600-000 | NA | 2,391.20 | 2,391.20 | 2,391.20 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 2,571.00 | 2,571.00 | 1,714.00 |
| COUNTRYWIDE PLUMBING & HEATING | 2990-000 | NA | 370.00 | 370.00 | 370.00 |
| PLUMBING, COUNTRYWIDE | 2990-000 | NA | 370.00 | 370.00 | 0.00 |
| WEST, LOIS | 3310-000 | NA | 1,298.50 | 1,298.50 | 1,298.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,736.70 | $ 22,736.70 | $ 21,509.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114-0326 | | 92,583.00 | NA | NA | 0.00 |
| 000004A | DEPARTMENT OF THE TREASURY | 5300-000 | NA | 59,888.95 | 59,888.95 | 59,888.95 |
| 000023A | ILLINOIS DEPARTMENT OF REVENUE | 5300-000 | 13,500.00 | 12,422.30 | 12,422.30 | 12,422.30 |
| 000022A | ILLINOIS DEPARTMENT OF REVENUE BANK | 5300-000 | NA | 23,603.30 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 106,083.00 | $ 95,914.55 | $ 72,311.25 | $ 72,311.25 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA PO BOX 15028 WILMINGTON, DE 19850-5028 BANK OF AMERICA PO BOX 851001 DALLAS, TX 75285-1001 | | 2,248.27 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BIOREFERENCE LABORATORIES 481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407 | | 12,447.60 | NA | NA | 0.00 |
| | BP CHASE PO BOX 15145 WILMINGTON, DE 19850 CHASE CARD SERVICES PO BOX 15298 WILMINGTON, DE 19850 CHASE CARDMEMBER SERVICES PO BOX 94014 PALATINE, IL 60094-4014 | | 2,020.73 | NA | NA | 0.00 |
| | CARRIE E. ECHOLS ECHOLS & ASSOCIATES, PC 817 ILLINOIS AVE. MENDOTA, IL 61342-1639 | | 2,540.00 | NA | NA | 0.00 |
| | CARSON'S PO BOX 30285 SALT LAKE CITY, UT 84130-0285 | | 1,725.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE FREEDOM PO BOX 15145 WILMINGTON, DE 19850 CHASE CARD SERVICES PO BOX 15298 WILMINGTON, DE 19850 CHASE CARDMEMBER SERVICES PO BOX 94014 PALATINE, IL 60094-4014 | | 4,165.19 | NA | NA | 0.00 |
| | CHASE PO BOX 15145 WILMINGTON, DE 19850 CHASE CARDMEMBER SERVICES PO BOX 94014 PALATINE, IL 60094-4014 CHASE CARD SERVICES PO BOX 15298 WILMINGTON, DE 19850 | | 4,506.88 | NA | NA | 0.00 |
| | CHASE STUDENT LOANS PO BOX 7013 INDIANAPOLIS, IN 46207 | | 32,552.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE--BUSINESS CARD CHASE PO BOX 15145 WILMINGTON, DE 19850 CHASE CARD SERVICES PO BOX 15298 WILMINGTON, DE 19850 CHASE CARDMEMBER SERVICES PO BOX 94014 PALATINE, IL 60094-4014 | | 3,715.58 | NA | NA | 0.00 |
| | CITI GOLD/AADVANTAGE CARD BOX 6500 SIOUX FALLS, SD 57117 | | 1,709.68 | NA | NA | 0.00 |
| | CITI PLATINUM SELECT BOX 6500 SIOUX FALLS, SD 57117 | | 1,455.89 | NA | NA | 0.00 |
| | DELL PREFERRED ACCOUNT DELL FINANCIAL SERVICES C/O DFS CUSTOMER CARE DEPT. PO BOX 81577 AUSTIN, TX 78708-1577 DELL PREFERRED ACCOUNT PO BOX 81585 AUSTIN, TX 78708-1585 | | 400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INK FROM CHASE CHASE PO BOX 15145 WILMINGTON, DE 19850 CHASE CARD SERVICES PO BOX 15298 WILMINGTON, DE 19850 CHASE CARDMEMBER SERVICES PO BOX 94014 PALATINE, IL 60094-4014 | | 1,539.52 | NA | NA | 0.00 |
| | JC PENNEY CUSTOMER SERVICE ATTN: BANKRUPTCY PO BOX 965009 ORLANDO, FL 32896-5009 | | 2,500.00 | NA | NA | 0.00 |
| | LAURIE EVOLA C/O RADTKE & NUSBAUM 39 SOUTH LASALLE ST., SUITE 408 CHICAGO, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | MACY'S 6356 CORLEY RD. NORCROSS, GA 30071 | | 8,813.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MILEAGE PLUS/UNITED CHASE PO BOX 15145 WILMINGTON, DE 19850 CHASE CARD SERVICES PO BOX 15298 WILMINGTON, DE 19850 CHASE CARDMEMBER SERVICES PO BOX 94014 PALATINE, IL 60094-4014 | | 9,089.37 | NA | NA | 0.00 |
| | SAM'S CLUB CREDIT PO BOX 965004 ORLANDO, FL 32896-5004 SAM'S CLUB CREDIT PAYMENT PROCESSING PO BOX 530942 ATLANTA, GA 30353-0942 | | 4,630.39 | NA | NA | 0.00 |
| | SAM'S CLUB DISCOVER PO BOX 965004 ORLANDO, FL 32896-5004 SAM'S CLUB DISCOVER PO BOX 960013 ORLANDO, FL 32896-0013 | | 6,134.02 | NA | NA | 0.00 |
| | SEARS SEARS CREDIT CARDS PO BOX 6283 SIOUX FALLS, SD 57117-6283 | | 9,264.95 | NA | NA | 0.00 |
| | SHELL PO BOX 6406 SIOUX FALLS, SD 57117 | | 2,556.41 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SLATE FROM CHASE CHASE PO BOX 15145 WILMINGTON, DE 19850 CHASE CARD SERVICES PO BOX 15298 WILMINGTON, DE 19850 CHASE CARDMEMBER SERVICES PO BOX 94014 PALATINE, IL 60094-4014 | | 12,846.35 | NA | NA | 0.00 |
| | STAPLES CREDIT PLAN PO BOX 689020 DES MOINES, IA 50368-9020 | | 1,998.68 | NA | NA | 0.00 |
| 000019 | BANKERS HEALTHCARE GROUP, INC. | 7100-000 | NA | 100,248.79 | 100,248.79 | 18,647.46 |
| 000020 | BANKERS HEALTHCARE GROUP, INC. | 7100-000 | NA | 76,315.65 | 76,315.65 | 14,195.61 |
| 000021 | BMO HARRIS BANK N.A. F/K/A HARRIS N | 7100-000 | NA | 343,749.98 | 343,749.98 | 63,941.55 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 7,935.74 | 8,375.00 | 8,375.00 | 1,557.85 |
| 000014 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 2,030.38 | 2,030.38 | 377.67 |
| 000015 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 6,807.74 | 6,807.74 | 1,266.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK OF BANKRUPTCY COURT | 7100-000 | NA | 0.00 | 3,329.52 | 3,329.52 |
| 000001 | DISCOVER BANK | 7100-000 | 3,851.34 | 4,226.00 | 4,226.00 | 786.09 |
| 000012 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 12,846.35 | 12,846.35 | 2,389.57 |
| 000010 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 17,201.82 | 17,201.82 | 0.00 |
| 000006 | FIRST MIDWEST BANK | 7100-000 | NA | 55,973.75 | 55,973.75 | 10,411.78 |
| 000011 | JASON KIJEK | 7100-000 | NA | 109,054.81 | 109,054.81 | 20,285.48 |
| 000008 | THE WOODS AT COPPPER CREEK | 7100-000 | NA | 3,002.40 | 3,002.40 | 558.48 |
| 000013 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 43,354.51 | 40,049.51 | 40,049.51 | 7,449.68 |
| 000016 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | NA | 4,286.72 | 4,286.72 | 797.38 |
| 000017 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | NA | 4,693.85 | 4,693.85 | 873.11 |
| 000018 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | NA | 1,776.38 | 1,776.38 | 330.43 |
| 000002 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 627.53 | 627.53 | 116.73 |
| 000003 | FIA CARD SERVICES, N.A. | 7100-900 | 17,399.29 | 16,409.24 | 16,409.24 | 3,052.31 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, N.A. | 7100-900 | 697.68 | 697.71 | 697.71 | 0.00 |
| 27 | DEPARTMENT OF TREASURY | 7400-000 | NA | 1,453.56 | 1,453.56 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 202,099.01 | $ 809,827.17 | $ 813,156.69 | $ 150,367.02 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  1

Exhibit 8

| Case No: | 12-50201 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | KIJEK, MARK A. | | | | Date Filed (f) or Converted (c): | 12/24/12 (f) |
| | POREBSKA-KIJEK, BARBARA G. | | | | 341(a) Meeting Date: | 01/28/13 |
| For Period Ending: | 07/28/15 | | | | Claims Bar Date: | 05/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 227 Westridge, Joliet<br>  The Trustee compromised his interest in this property free and clear of any<br>  exemptions of the debtor. | 450,000.00 | 0.00 | | 40,000.00 | FA |
| 2. 54 Fairway Lane, Copper Mountain, Coloradp<br>  The mortgagee filed a Motion To Lift Stay, whcih was granted. | 531,000.00 | 0.00 | | 0.00 | FA |
| 3. App.Krakow 29 b | 172,128.00 | 0.00 | | 0.00 | FA |
| 4. Case de Marco, Avenida Veracruz#165<br>  The trustee has recieved the sum of $200,000 but tzexs may due from the<br>  compromise of the innerest in the property | 142,834.00 | 200,000.00 | | 200,000.00 | FA |
| 5. Lot Bedkowice Poland Lots 73-76 | 48,715.00 | 0.00 | | 0.00 | FA |
| 6. Property Podgorzyn, Poland | 324,770.21 | 0.00 | | 0.00 | FA |
| 7. Buisness account chase | 630.16 | 0.00 | | 0.00 | FA |
| 8. Business account Chase | 100.00 | 0.00 | | 0.00 | FA |
| 9. business account Chase | 549.74 | 0.00 | | 0.00 | FA |
| 10. Busienss account Chase | 25.06 | 0.00 | | 0.00 | FA |
| 11. Business account Grundy Bank | 1,762.00 | 0.00 | | 0.00 | FA |
| 12. Checking First Community Joliet | 40.71 | 0.00 | | 0.00 | FA |
| 13. Checking First Midwest | 2,228.35 | 0.00 | | 0.00 | FA |
| 14. area rugs | 500.00 | 0.00 | | 0.00 | FA |
| 15. Bedroom set | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. China plus utensils | 300.00 | 0.00 | | 0.00 | FA |
| 17. coffe maker | 20.00 | 0.00 | | 0.00 | FA |
| 18. Desk | 100.00 | 0.00 | | 0.00 | FA |
| 19. dining room furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 20. Living Room couch | 200.00 | 0.00 | | 0.00 | FA |
| 21. Outdoor furniture | 100.00 | 0.00 | | 0.00 | FA |

FORM
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| Case No: | 12-50201 | BL | Judge: Bruce W. Black |
|---|---|---|---|
| Case Name: | KIJEK, MARK A. | | |
| | POREBSKA-KIJEK, BARBARA G. | | |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Date Filed (f) or Converted (c): | 12/24/12 (f) |
| 341(a) Meeting Date: | 01/28/13 |
| Claims Bar Date: | 05/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 22. Pool table | 150.00 | 0.00 | | 0.00 | FA |
| 23. 3 couches family room | 300.00 | 0.00 | | 0.00 | FA |
| 24. 2 bedroom sets | 200.00 | 0.00 | | 0.00 | FA |
| 25. 2 home television sets | 600.00 | 0.00 | | 0.00 | FA |
| 26. Picture reproduction | 600.00 | 0.00 | | 0.00 | FA |
| 27. Clothing at Copper Mountain property | 500.00 | 0.00 | | 0.00 | FA |
| 28. Debtor cliothing | 800.00 | 0.00 | | 0.00 | FA |
| 29. Joint debtor clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 30. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 31. 1986 Mercedes | 6,000.00 | 0.00 | | 0.00 | FA |
| 32. Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 33. home computer | 200.00 | 0.00 | | 0.00 | FA |
| 34. Advantage miles Citicard | 0.00 | 0.00 | | 0.00 | FA |
| 35. Advantage Miles Citplatinum Select | 0.00 | 0.00 | | 0.00 | FA |
| 36. Birth certifciates and documents safe deposit box | 0.00 | 0.00 | | 0.00 | FA |
| 37. Land trust | 0.00 | 0.00 | | 0.00 | FA |
| 38. Morris Community Sleep 5% partnership | 5,972.00 | 3,320.00 | | 3,320.00 | FA |
| The trustee received $3320 after the debtor deducted his exemption. | | | | | |
| 39. Property damage complaint | 0.00 | 0.00 | | 0.00 | FA |
| Cause of action over 10 years ago which had no value | | | | | |
| 40. Personal property S corp Barbara Kijek | 0.00 | 0.00 | | 0.00 | FA |
| Liabilities exceed any value of inventory | | | | | |
| 41. Personal property S Corporation Mark Kijek | 0.00 | 0.00 | | 0.00 | FA |
| Liens exceed value of any inventory | | | | | |
| 42. Tax refund (u) | 0.00 | 867.97 | | 867.97 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page:    3

Exhibit 8

| Case No: | 12-50201 | BL | Judge: Bruce W. Black |
|---|---|---|---|
| Case Name: | KIJEK, MARK A. | | |
| | POREBSKA-KIJEK, BARBARA G. | | |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Date Filed (f) or Converted (c): | 12/24/12 (f) |
| 341(a) Meeting Date: | 01/28/13 |
| Claims Bar Date: | 05/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,696,625.23 | $204,187.97 | | $244,187.97 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee attempted to sell ceritain property in Colorado over 18 months burt could not do so. The mortgagee filed a Motin To Lift Stay whcih was granted. The Trustee filed a Motion to Compromise His Interest In Certain Property In Mexico, which was granted.. The Trustee filed a Motion To Compromsie His interest In the debtors home, which was granted. The Trustee filed a Motion To Employ Accountant,which was granted.

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-50201  -BL | |
| Case Name: | KIJEK, MARK A. | |
| | POREBSKA-KIJEK, BARBARA G. | |
| Taxpayer ID No: | *******7176 | |
| For Period Ending: | 07/28/15 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******0059  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 199,712.77 | | 199,712.77 |
| 11/21/14 | 1 | Bank Of Kansas City | Receipt of settlement debtors home | 1110-000 | 40,000.00 | | 239,712.77 |
| 03/06/15 | 005001 | MICHAEL G. BERLAND | Chapter 7 Compensation/Fees | 2100-000 | | 15,416.00 | 224,296.77 |
| | | 1 NORTH LASALLE STREET | | | | | |
| | | STE 1775 | | | | | |
| | | CHICAGO, IL  60602 | | | | | |
| 03/06/15 | 005002 | MICHAEL G. BERLAND | Chapter 7 Expenses | 2200-000 | | 320.00 | 223,976.77 |
| | | 1 NORTH LASALLE STREET | | | | | |
| | | STE 1775 | | | | | |
| | | CHICAGO, IL  60602 | | | | | |
| 03/06/15 | 005003 | Lois West | Claim 24, Payment 100.00000% | 3310-000 | | 1,298.50 | 222,678.27 |
| 03/06/15 | 005004 | Department of the Treasury | Claim 000004A, Payment 100.00000% | 5300-000 | | 59,888.95 | 162,789.32 |
| | | Internal Revenue Service | | | | | |
| | | PO Box 7346 | | | | | |
| | | Philadelphia, PA 19101 | | | | | |
| 03/06/15 | 005005 | ILLINOIS DEPARTMENT OF REVENUE | Claim 000023A, Payment 100.00000% | 5300-000 | | 12,422.30 | 150,367.02 |
| | | BANKRUPTCY SECTION | | | | | |
| | | PO BOX 64338 | | | | | |
| | | CHICAGO, IL 60664-0338 | | | | | |
| 03/06/15 | 005006 | Discover Bank | Claim 000001, Payment 18.60128% | 7100-000 | | 786.09 | 149,580.93 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 03/06/15 | 005007 | FIA CARD SERVICES, N.A. | Claim 000002, Payment 18.60150% | 7100-900 | | 116.73 | 149,464.20 |
| | | 4161 Piedmont Parkway | | | | | |
| | | NC4 105 03 14 | | | | | |
| | | Greensboro, NC 27410 | | | | | |
| 03/06/15 | 005008 | FIA CARD SERVICES, N.A. | Claim 000003, Payment 18.60117% | 7100-900 | | 3,052.31 | 146,411.89 |
| | | 4161 Piedmont Parkway | | | | | |

Page Subtotals          239,712.77          93,300.88

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-50201 -BL | |
| Case Name: | KIJEK, MARK A. | |
| | POREBSKA-KIJEK, BARBARA G. | |
| Taxpayer ID No: | *******7176 | |
| For Period Ending: | 07/28/15 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******0059 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NC4 105 03 14 | | | | | |
| | | | Greensboro, NC 27410 | | | | | |
| | 03/06/15 | 005009 | Capital One Bank (USA), N.A. | Claim 000005, Payment 18.60119% | 7100-000 | | 1,557.85 | 144,854.04 |
| | | | by American InfoSource LP as agent | | | | | |
| | | | PO Box 71083 | | | | | |
| | | | Charlotte, NC 28272-1083 | | | | | |
| | 03/06/15 | 005010 | FIRST MIDWEST BANK | Claim 000006, Payment 18.60118% | 7100-000 | | 10,411.78 | 134,442.26 |
| | | | ONE PIERCE PLACE, SUITE 1500 | | | | | |
| | | | ITASCA, IL 60143 | | | | | |
| | 03/06/15 | 005011 | THE WOODS AT COPPPER CREEK | Claim 000008, Payment 18.60112% | 7100-000 | | 558.48 | 133,883.78 |
| | | | TOWNHOME ASSOC INC. | | | | | |
| | | | Wilton Anderson | | | | | |
| | | | PO Box 208 | | | | | |
| | | | Frisco, CO 80443 | | | | | |
| * | 03/06/15 | 005012 | FIA CARD SERVICES, N.A. | Claim 000009, Payment 18.60085% | 7100-904 | | 129.78 | 133,754.00 |
| | | | 4161 Piedmont Parkway | | | | | |
| | | | NC4 105 03 14 | | | | | |
| | | | Greensboro, NC 27410 | | | | | |
| * | 03/06/15 | 005013 | FIA CARD SERVICES, N.A. | Claim 000010, Payment 18.60117% | 7100-004 | | 3,199.74 | 130,554.26 |
| | | | 4161 Piedmont Parkway | | | | | |
| | | | NC4 105 03 14 | | | | | |
| | | | Greensboro, NC 27410 | | | | | |
| | 03/06/15 | 005014 | JASON KIJEK | Claim 000011, Payment 18.60118% | 7100-000 | | 20,285.48 | 110,268.78 |
| | | | 227 WESTRIDGE RD. | | | | | |
| | | | JOLIET, IL 60431 | | | | | |
| | 03/06/15 | 005015 | eCAST Settlement Corporation, assignee | Claim 000012, Payment 18.60116% | 7100-000 | | 2,389.57 | 107,879.21 |
| | | | of Chase Bank USA, N.A. | | | | | |
| | | | POB 29262 | | | | | |
| | | | New York, NY 10087-9262 | | | | | |
| | 03/06/15 | 005016 | American Express Bank, FSB | Claim 000013, Payment 18.60118% | 7100-900 | | 7,449.68 | 100,429.53 |

| | | | | Page Subtotals | 0.00 | 45,982.36 | |
|---|---|---|---|---|---|---|---|

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

FORM 2    Page:    3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-50201  -BL |
| Case Name: | KIJEK, MARK A. |
| | POREBSKA-KIJEK, BARBARA G. |
| Taxpayer ID No: | *******7176 |
| For Period Ending: | 07/28/15 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******0059  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | 005017 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000014, Payment 18.60095% | 7100-000 | | 377.67 | 100,051.86 |
| 03/06/15 | 005018 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000015, Payment 18.60118% | 7100-000 | | 1,266.32 | 98,785.54 |
| 03/06/15 | 005019 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000016, Payment 18.60117% | 7100-900 | | 797.38 | 97,988.16 |
| 03/06/15 | 005020 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000017, Payment 18.60115% | 7100-900 | | 873.11 | 97,115.05 |
| 03/06/15 | 005021 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000018, Payment 18.60131% | 7100-900 | | 330.43 | 96,784.62 |
| 03/06/15 | 005022 | Bankers Healthcare Group, Inc.<br>Maureen A Maffei<br>Coman & Anderson, PC<br>650 Warrenville Rd, Ste 500<br>Lisle, IL 60532 | Claim 000019, Payment 18.60118% | 7100-000 | | 18,647.46 | 78,137.16 |
| 03/06/15 | 005023 | Bankers Healthcare Group, Inc.<br>Maureen A Maffei | Claim 000020, Payment 18.60118% | 7100-000 | | 14,195.61 | 63,941.55 |

| | | | Page Subtotals | | 0.00 | 36,487.98 | |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

Ver: 18.03a

FORM 2                                                                                                    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-50201  -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KIJEK, MARK A. | Bank Name: | Bank of Kansas City |
| | POREBSKA-KIJEK, BARBARA G. | Account Number / CD #: | *******0059  Checking Account |
| Taxpayer ID No: | *******7176 | | |
| For Period Ending: | 07/28/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | 005024 | Coman & Anderson, PC<br>650 Warrenville Rd, Ste 500<br>Lisle, IL 60532<br>BMO Harris Bank N.A. f/k/a Harris N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Claim 000021, Payment 18.60118% | 7100-000 | | 63,941.55 | 0.00 |
| * 06/19/15 | 005012 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 7100-904 | | -129.78 | 129.78 |
| * 06/19/15 | 005013 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 7100-004 | | -3,199.74 | 3,329.52 |
| 06/25/15 | 005025 | Clerk Of Bankruptcy Court | Unclaimed funds to bankruptcy court | 7100-000 | | 3,329.52 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 239,712.77 | 239,712.77 | 0.00 |
| Less:  Bank Transfers/CD's | 199,712.77 | 0.00 | |
| Subtotal | 40,000.00 | 239,712.77 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 40,000.00 | 239,712.77 | |

Page Subtotals                                        0.00                        63,941.55

Ver: 18.03a

FORM 2                                                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| | |
|---|---|
| Case No: | 12-50201  -BL |
| Case Name: | KIJEK, MARK A. |
| | POREBSKA-KIJEK, BARBARA G. |
| Taxpayer ID No: | *******7176 |
| For Period Ending: | 07/28/15 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0052 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 09/16/13 | 4 | Grundy Bank | Payment for Mexico property interes | 1110-000 | 200,000.00 | | 200,000.00 |
| | 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 95.89 | 199,904.11 |
| | 10/28/13 | 001001 | Countywide  Plumbing & Heating | Payment for winterizing property | 2990-000 | | 370.00 | 199,534.11 |
| | | | | per court order | | | | |
| | 11/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 212.23 | 199,321.88 |
| | 12/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 204.90 | 199,116.98 |
| | 01/08/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 211.42 | 198,905.56 |
| | 02/06/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 211.22 | 198,694.34 |
| | 03/05/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 190.56 | 198,503.78 |
| * | 03/12/14 | 38 | Malmquist & Geiger | Depost which was reversed | 1129-003 | 32,320.00 | | 230,823.78 |
| * | 03/12/14 | 38 | Malmquist & Geiger | Depost reversed | 1129-003 | -32,320.00 | | 198,503.78 |
| | | | | Deposit amount entered in error | | | | |
| | 03/12/14 | 38 | Malmquist & Geiger | Receipt of monies for 2013 payment | 1129-000 | 3,320.00 | | 201,823.78 |
| | 04/07/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 212.93 | 201,610.85 |
| | 05/12/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 207.18 | 201,403.67 |
| | 06/04/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 213.87 | 201,189.80 |
| | 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 206.72 | 200,983.08 |
| | 07/16/14 | 001002 | Illinois Department Of Revenue | Payment of  state income | 2820-000 | | 857.00 | 200,126.08 |
| | | | | tax | | | | |
| | 07/17/14 | 001003 | Illinois Department Of Revenue | Payment of  state income | 2820-000 | | 857.00 | 199,269.08 |
| | | | | tax | | | | |
| | 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 212.92 | 199,056.16 |
| | 09/04/14 | | Congressional bank | BANK SERVICE FEE | 2600-000 | | 211.36 | 198,844.80 |
| | 09/26/14 | 42 | Judy Barr Topinka | Tax refund | 1229-000 | 867.97 | | 199,712.77 |
| | | | Treeasurer State Of Illinois | | | | | |
| * | 10/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-003 | | 204.37 | 199,508.40 |
| * | 10/17/14 | | Reverses Adjustment OUT on 10/03/14 | BANK SERVICE FEE | 2600-003 | | -204.37 | 199,712.77 |
| | 10/20/14 | | Trsf To Bank of Kansas City | INITIAL WIRE TRANSFER IN | 9999-000 | | 199,712.77 | 0.00 |

|  | Page Subtotals | 204,187.97 | 204,187.97 |
|---|---|---|---|

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 24)*

FORM 2                                                                                    Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | |
|---|---|
| Case No: | 12-50201  -BL |
| Case Name: | KIJEK, MARK A. |
| | POREBSKA-KIJEK, BARBARA G. |
| Taxpayer ID No: | *******7176 |
| For Period Ending: | 07/28/15 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0052  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 204,187.97 | 204,187.97 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 199,712.77 | |
| Subtotal | | 204,187.97 | 4,475.20 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 204,187.97 | 4,475.20 | |

Page Subtotals                          0.00                    0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*

FORM 2                                                                                      Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 12-50201  -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | KIJEK, MARK A. | | Bank Name: | Congressional Bank |
| | POREBSKA-KIJEK, BARBARA G. | | Account Number / CD #: | *******0291  Checking Account |
| Taxpayer ID No: | *******7176 | | | |
| For Period Ending: | 07/28/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

|  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | |
| | Checking Account - *******0059 | 40,000.00 | 239,712.77 | 0.00 |
| | Checking Account - *******0052 | 204,187.97 | 4,475.20 | 0.00 |
| | Checking Account - *******0291 | 0.00 | 0.00 | 0.00 |
| | | 244,187.97 | 244,187.97 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                    0.00              0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*